IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| DIAMOND LAKE CONDOMINIUM ASSOCIATION, INC., ) ) | |
| ) | CASE NO.: |
| Plaintiff, ) | |
| v. ) ) | NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. |
| EMPIRE INDEMNITY INSURANCE COMPANY, ) ) ) | § 1441(a) (DIVERSITY) |
| Defendant. ) | |

## NOTICE OF REMOVAL

Please take notice that Defendant, EMPIRE INDEMNITY INSURANCE COMPANY, hereby removes to this Court the state court action described below:

1. On June 24, 2019, Plaintiff, DIAMOND LAKE CONDOMINIUM ASSOCIATION, INC., commenced an action in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida, entitled <u>Diamond Lake Condominium Association, Inc. v. Empire Indemnity Insurance Company</u>, case number 11-2019-CA-002483-0001-XX.

2. Defendant was served with the Summons and Complaint on June 26, 2019. Defendant had not received a copy of the initial pleading previously. This Notice is timely under 28 U.S.C. § 1446(b).

3. In accordance with Local Rule 4.02, true and legible copies of all process, pleadings, orders, and other papers or exhibits of every kind now on file in the state court are attached as **Composite Exhibit "A"**, as follows:

   a. Plaintiff's Complaint & Petition to Compel Appraisal

   b. Defendant's Answer and Affirmative and Other Defenses

   c. Civil Cover Sheet

       d. Summons Issued

       e. Standing Order

       f. Notice of Appearance and Designation of Email Addresses

       g. Plaintiff' Reply to Defendant's Answer and Affirmative and Other Defenses

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332(a), and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that the matter in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different States.

5. The sole claim in this action is the breach of insurance contract claim asserted in Plaintiff's Complaint. There is no counterclaim, cross-claim or third-party claim. Plaintiff's insurance claim is for $8,312,174.31 based on its Sworn Statement in Proof of Loss, a copy of which is attached as **Exhibit "B"**. Therefore, the amount in controversy exceeds $75,000, exclusive of interest and costs.

6. Empire Indemnity Insurance Company is a citizen of Oklahoma and Illinois. Empire is incorporated in Oklahoma and has its principal place of business in Illinois, a copy of Defendant's business page is attached as **Exhibit "C"**.

7. Diamond Lake Condominium Association, Inc., is a citizen of Florida where it is incorporated. A copy of Plaintiff's Sunbiz page is attached as **Exhibit "D"**.

8. The undersigned defendant is the only named defendant in the state court action referenced in paragraph 1 of this notice.

*/s/ Phillip S. Howell*
PHILLIP S. HOWELL, Fla. Bar No.:  377030
DAVID T. BURR, Fla. Bar No.: 0117022
Galloway, Johnson, Tompkins, Burr & Smith, PLC
400 N. Ashley Drive, Suite 1000
Tampa, Florida  33602
Tel:  813-977-1200
Fax:  813-977-1288
tampaservice@gallowaylawfirm.com
phowell@gallowaylawfirm.com
bcover@gallowaylawfirm.com
*Counsel for Defendant, Empire Indemnity Insurance Company*

**CERTIFICATE OF COMPLIANCE WITH 28 U.S.C. § 1446(d)**

I HEREBY CERTIFY that Empire Indemnity Insurance Company, Defendant in the case of *Diamond Lake Condominium Association, Inc. v. Empire Indemnity Insurance Company*, case number 11-2019-CA-002483-0001-XX, in the Circuit Court of the Twentieth Judicial Circuit in and for Polk County, Florida, has given written notice of the filing of the foregoing notice of removal to Plaintiff by electronically mailing a copy of the notice of removal to its counsel of record at their respective offices in Ft. Myers, Florida; and Defendant also filed a copy of the notice of removal in the Circuit Court as of this 5th day of August, 2019.

*/s/ Phillip S. Howell*
PHILLIP S. HOWELL
DAVID T. BURR

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the following via electronic mail delivery August 5, 2019:

Gregory L. Evans, Esq.
Alicia M. Lopez, Esq.
Boyle & Leonard, P.A.
2050 McGregory Blvd.
Ft. Myers, Florida 33901
Eservice@insurance-counsel.com
gevans@insurance-counsel.com
alopez@insurance-counsel.com
*Counsel for Plaintiff*

*/s/ Phillip S. Howell*
PHILLIP S. HOWELL
DAVID T. BURR