UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DIAMOND LAKE CONDOMINIUM
ASSOCIATION, INC.,

    Plaintiff,

v.      Case No.: 2:19-cv-547-FtM-38NPM

EMPIRE INDEMNITY
INSURANCE COMPANY,

    Defendant.
_____/

# ORDER[1]

Before the Court is a *sua sponte* review of the file. On September 30, 2020, United States Magistrate Judge Nicholas P. Mizell granted Plaintiff's motion to compel appraisal. (Doc. 68). Given the parties' pending appraisal, which is part of the relief Plaintiff seeks (Doc. 29), the Court will stay the case until the appraisal concludes.

Accordingly, it is now

**ORDERED:**

(1) Except for the deadlines set out in the Court's last Order (Doc. 68 at 9-10), all proceedings in this case are **STAYED** until the parties advise the Court that the appraisal was completed and the stay can be lifted. The

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

parties must notify the Court of such matters **within seven (7) days** of the appraisal proceedings concluding.

(2) The Clerk is **DIRECTED** to add a stay flag on the docket.

**DONE** and **ORDERED** in Fort Myers, Florida on October 1, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record