IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| DIAMOND LAKE CONDOMINIUM ASSOCIATION, INC., <br><br> Plaintiff, <br> v. <br><br> EMPIRE INDEMNITY INSURANCE COMPANY, <br><br> Defendant. | CASE NO.: 2:19-cv-00547-SPC-NPM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between Plaintiff, DIAMOND LAKE CONDOMINIUM ASSOCIATION, INC., and Defendant, EMPIRE INDEMNITY INSURANCE COMPANY, pursuant to Federal Rule of Civil Procedure 41(a), that this action be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

*/s/ Phillip S. Howell*  
Phillip S. Howell, Esq.  
Fla. Bar No.: 377030  
Galloway, Johnson, Tompkins, Burr & Smith, PLC  
400 N. Ashley Drive, Suite 1000  
Tampa, Florida 33602  
Tel: 813-977-1200  
Fax: 813-977-1288  
tampaservice@gallowaylawfirm.com  
phowell@gallowaylawfirm.com  
*Counsel for Defendant*

*/s/ Alicia M. Lopez*  
Alicia M. Lopez, Esq.  
Fla. Bar No.: 161160  
Boyle, Leonard, & Anderson, P.A.  
9111 W. College Pointe Drive.  
Fort Myers, Florida 33919  
Tel: 239-337-1303  
Fax: 239-337-7674  
Eservice@insurance-counsel.com  
alopez@insurance-counsel.com  
mbrockmeyer@insurance-counsel.com  
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 26, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will notify all counsel of record.

/s/ Phillip S. Howell
PHILLIP S. HOWELL, ESQ.